**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
OLYMPIC TOWERS
300 PEARL STREET SUITE 250
BUFFALO, NY 14202-2501
www.nywb.uscourts.gov

| | |
|---|---|
| In re:<br>DENNEHY, MICHAEL D.<br><br>DENNEHY, KATHRYN E.<br><br>SSN/TAX ID: XXX-XX-0456<br>SSN/TAX ID: XXX-XX-8454<br>Debtor(s) | Case No.   13-13051-CLB<br>Chapter   7 |

### NOTICE OF TRUSTEE'S INTENT TO SELL SUBJECT TO LIENS AND FIXING TIME TO SUBMIT COMPETING BIDS; REQUEST AN AUCTION; FILE OBJECTIONS TO THE TRUSTEE'S PROPOSED ACTIONS AND/OR REQUEST A HEARING

TO THE DEBTOR(s), CREDITORS AND PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that the Trustee, DANIEL E. BRICK, TRUSTEE, has filed a statement with the court of his intention to sell his right, title and interest in and to the property described below:

Debtor's non-exempt interest in real property located at 123 15th Street, North Tonawanda, New York 14120

Subject to the following liens and/or encumbrances: any and all taxes and liens of record.

To: Robert Kasper and Linda Samland      For the Sum of: Fourteen Thousand ($14,000.00) and 00/100 Dollars.

Dated: January 31, 2014

_____
Trustee

_____ is fixed as the last date to submit a competing bid; request an auction regarding this sale; file objections to the actions proposed by the Trustee; and/or request a hearing on the actions proposed by the Trustee. The Trustee will sell his interest in the described property by virtue of his statutory powers without further Order of the Court absent any action by any party on or before the deadline set herein.

    Notice is further given that the original statement, which may include more comprehensive information, is on file with the Clerk of the Court and may be reviewed at this office during regular business hours.